UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **No. 3:09-CR-170-D** |
| | § | **ECF** |
| **LUCIANO MARTINEZ (1)** | § | |
| | § | |

**DEFENDANT'S MOTION FOR CONTINUANCE AND CIAROCHI LAW FIRM PLLC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Luciano Martinez, Defendant, and Ciarochi Law Firm PPLC file this, Defendant's Motion for Continuance and Ciarochi Law Firm PLLC's Motion to Withdraw as Counsel of Record and will show this Court as follows:

**I.**

This case is currently set for trial on September 9, 2009.

**II.**

Ciarochi Law Firm, PLLC and Defendant Luciano Martinez have agreed that it is appropriate for the Ciarochi Law Firm, PLLC to withdraw as counsel of record in this action. The United States of America has been notified of the pending withdrawal and do not oppose the withdrawal. Ciarochi Law Firm, PLLC and Lucian Martinez respectfully move that this Court allow Ciarochi Law Firm, PLLC to withdraw as Counsel of Record and that this Court enter an order effectuating a withdrawal. Mr. Martinez will need time to arrange for a fair defense. Currently, certain individuals have told Mr. Martinez that he cannot discuss his case with them until after an order entering the withdrawal is entered. Defendant Martinez can be contacted at the following address, phone number, and email address:

Luciano Martinez
706 Willow Oak Dr.
Allen, Texas 75002
(469) 222-6933
lucianom3@yahoo.com

**III.**

Additionally, Defendant requests and moves that this case be continued from its present trial setting of September 9, 2009, and reset for November 8, 2009, so that Defendant may hire an attorney or have a ruling relating to receipt of assistance from the public defender's office. Additionally, the United States of America has provided several hundred pages of documents relating to seven or eight witnesses' complaints. This continuance is not a sought for delay only, but that justice may be done. The United States of America does not oppose a continuance and a trial setting up to the date of November 8, 2009.

Defendant and Ciarochi Law Firm PLLC respectfully requests that the Court remove this case from its docket on September 9, 2009, reset this case for trial on November 9, 2009, and enter an order granting Ciarochi Law Firm's Motion to Withdraw.

Respectfully submitted,

CIAROCHI LAW FIRM, PLLC

800 E. Campbell Rd.
Ste. 121
Richardson, TX 75081
Telephone: 214-393-6861
Facsimile: 214-466-6297

By: /s/ Jason Charles Ciarochi
Jason Charles Ciarochi
State Bar No. 24012424

**ATTORNEY FOR DEFENDANT LUCIANO MARTINEZ**

**CERTIFICATE OF SERVICE AND CONFERNCE**

A copy of this filing has been sent to all parties in accordance with the Federal Rules of Criminal Procedure on August 25, 2009. All parties and Luciano Martinez have conferred and do not oppose these motions.

/s/ Jason Charles Ciarochi
Jason Charles Ciarochi